IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA )
)
) CASE NO. CR505-002
v. )
)
RODNEY H. STRICKLAND, )
STEVEN D. BARBER, )
LISA SCOTT and )
JENNIFER PROPES )

## ORDER

Defendant Jennifer Propes filed a Motion for Alternative Placement Pending Final Disposition of Case. Defendant Propes desires to be transferred to the Pierce County Jail in Blackshear, Georgia. After review, Defendant Propes' Motion is **DENIED** at this time.

**SO ORDERED**, this 1st day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)